UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT CALKINS,

       Plaintiff,

                                    Case No. 1:23-cv-54

v.

                                    Honorable Phillip J. Green

ANTHONY DEMOREST,

       Defendant.

_____/

## **JUDGMENT**

      For the reasons set forth in the accompanying Opinion and Order, judgment is hereby entered in defendant's favor on all plaintiffs' claims.

Dated:   February 11, 2026　　　　　　　　　/s/  Phillip J. Green
                                                                    PHILLIP J. GREEN
                                                                    United States Magistrate Judge